# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 1:22-cv-01118-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO STAY RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 4) |

Plaintiff Michael Anthony Victory is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was initially filed in Tuolumne County Superior Court and removed by Defendants on September 1, 2022.

Currently before the Court is Defendants' request to stay the responsive pleading deadline until after the Court has screened the complaint pursuant to 28 U.S.C. § 1915A.

On the basis of good cause, it is HEREBY ORDERED that the deadline for Defendants to file a responsive pleading is stayed and Defendants need not file a responsive pleading until directed to do so by the Court.

IT IS SO ORDERED.

Dated:   **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE

1