**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>            Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON, et al.,<br><br>            Defendants. | No.  1:22-cv-1118 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 24) |

Michael Anthony Victory, a state prisoner, seeks to hold the defendants liable for violations of his civil rights related to Plaintiff's contraction of COVID-19 while housed at Sierra Conservation Center.  The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. §§ 1915 and 1915A and found Plaintiff failed to state a cognizable claim upon which relief may be granted.  (Doc. 24 at 11-16.)  The magistrate judge recommended the amended complaint be dismissed without leave to amend "because Plaintiff was previously notified of the deficiencies and … failed to correct them."  (*Id.* at 17.)

Plaintiff filed timely objections to the Findings and Recommendations.  (Doc. 29.)  However, Plaintiff does not identify facts that support determination that he stated a cognizable claim.  In addition, Plaintiff fails to show there are additional facts to support his claims, such that leave to amend should be granted.

According to 28 U.S.C. § 636 (b)(1)(C), the Court performed a *de novo* review of the

1

case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 15, 2023 (Doc. 24), are **ADOPTED** in full.
2. This action is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __March 12, 2024__                                      /s/ Jennifer L. Thurston
                                                                                        UNITED STATES DISTRICT JUDGE

2